

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

1-12-2005

# Hassan v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 03-1005

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"Hassan v. Atty Gen USA" (2005). *2005 Decisions.* Paper 1569.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/1569

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 03-1005

_____


SYED ZULFIQAR UL HASSAN,
                                          Petitioner

v.

JOHN ASHCROFT, ATTORNEY GENERAL OF THE UNITED STATES,
                                          Respondent

_____

ORDER

_____


It having come to the attention of the Court that the caption entered by the clerk's office in the case referenced above included a misspelled part of the Petitioner's name, "Zufigar,"

It is hereby Ordered that the official caption in this case is corrected so that Petitioner's name is spelled "Syed Zulfiqar Ul Hassan," that the captions on the judgment and on the not precedential opinion entered on November 23, 2004 are amended to reflect the correct caption, and that any subsequent misspellings of the name throughout the opinion are also corrected.


For the Court,

        /s/ Marcia M. Waldron
                Clerk

Dated:  January 12, 2005
CMH/cc: MS, RME, PAS, DEG, LDJ